

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-15-00342-CR |
| State, | § | Appeal from the |
| v. | § | 41st District Court |
| LINDSEY HRADEK, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130D00417) |
| | § | |

# **O R D E R**

The Court GRANTS the Motion for Extension of Time to File Findings of Fact and Conclusions of Law in reference to this Court's order of June 1, 2016. The trial court is directed to file written findings of fact and conclusions of law with the District Clerk of El Paso County on or before September 14, 2016. The District Clerk of El Paso County is directed to prepare and file a supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before September 21, 2016.

IT IS SO ORDERED this 17th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.